UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIK FLEMING,<br><br>　　　　Defendant. | No. CR 24-417-SPG<br><br>ORDER CONTINUING SENTENCING HEARING DATE<br><br>**[PROPOSED] SENTENCING DATE:<br>04/23/25 at 10:00 a.m.** |

The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant ERIK FLEMING ("defendant"). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing for defendant, currently set for October 30, 2024, is continued to April 23, 2025 at 10:00 a.m.

IT IS SO ORDERED.

October 1, 2024
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
HAOXIAOHAN CAI
Assistant United States Attorney