BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
     1500/1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:   (213) 894-3667/0762
     Facsimile:   (213) 894-0141
     E-mail:  Ian.Yanniello@usdoj.gov
              Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIK FLEMING,<br><br>　　　　Defendant. | No. CR 24-417-SPG<br><br>STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT ERIK FLEMING<br><br>**CURRENT SENTENCING DATE:  11/12/25**<br>**PROPOSED SENTENCING DATE:  01/07/26** |

　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, and defendant ERIK FLEMING ("defendant"), by and through his counsel of record, Jeff Chemerinsky and Robert Dugdale, hereby stipulate as follows:

　　　1.　On August 7, 2024, defendant pled guilty pursuant to a cooperation plea agreement to counts one and two of the Information, which charges defendant with conspiracy to distribute ketamine, in

violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(E)(i) (count one) and distribution of ketamine resulting in death and serious bodily injury, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i) (count two).  During the change of plea hearing, the Court set a sentencing date of October 10, 2024.  Thereafter, in response to a stipulation by the parties, the Court ordered a continuance of the sentencing date to April 23, 2025, and for a second time, to November 12, 2025.

   2.   Under the terms of the cooperation plea agreement, defendant agreed to provide information to the government and testify at trial with respect to the underlying matter.  Co-conspirators Jasveen SANGHA and Salvador PLASENCIA have been charged in an 18-count indictment.  See United States v. Jasveen SANGHA et. al, Case No. CR 24-236(A)-SPG.  Co-conspirator Sangha has changed her plea in that matter, but will not be sentenced until December 10, 2025.  See id. Dkt. 87.

//
//

3. As a result, the parties respectfully request that the Court continue the sentencing hearing for defendant from November 12, 2025, to January 7, 2026, or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: September 11, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/*
IAN V. YANNIELLO
HAOXIAOHAN CAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 11, 2025

*/s/ with email authorization*
JEFF CHEMERINSKY
ROBERT DUGDALE
Attorneys for Defendant
ERIK FLEMING