TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
    1500/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:     (213) 894-3667/0762
    Facsimile:     (213) 894-0141
    E-mail:    Ian.Yanniello@usdoj.gov
               Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIK FLEMING,<br><br>　　　　Defendant. | No. CR 24-417-SPG<br><br>STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT ERIK FLEMING<br><br>**CURRENT SENTENCING DATE: 01/07/26**<br>**PROPOSED SENTENCING DATE: 04/13/26** |
|---|---|

　　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, and defendant ERIK FLEMING ("defendant"), by and through his counsel of record, Jeff Chemerinsky and Robert Dugdale, hereby stipulate as follows:

　　　　1.　　On August 7, 2024, defendant pled guilty pursuant to a cooperation plea agreement to counts one and two of the Information, which charges defendant with conspiracy to distribute ketamine, in

1  violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(E)(i) (count one)
2  and distribution of ketamine resulting in death and serious bodily
3  injury, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i) (count
4  two).  During the change of plea hearing, the Court set a sentencing
5  date of October 10, 2024.  Thereafter, in response to a stipulation
6  by the parties, the Court ordered a continuance of the sentencing
7  date to April 23, 2025, for a second time, to November 12, 2025, and
8  for a third time, to January 7, 2026.
9       2.   Under the terms of the cooperation plea agreement,
10 defendant agreed to provide information to the government and testify
11 at trial with respect to the underlying matter.  Co-conspirators
12 Jasveen SANGHA and Salvador PLASENCIA have been charged in an 18-
13 count indictment.  See United States v. Jasveen SANGHA et. al, Case
14 No. CR 24-236(A)-SPG.  Co-conspirator Sangha has changed her plea in
15 that matter, but has not yet been sentenced.  Co-conspirator Sangha
16 recently sought a continuance of her sentencing date, which was
17 granted, so her sentencing date will not be until February 25, 2026.
18 See id. Dkt. 108.
19 //
20 //

3.   As a result, the parties respectfully request that the Court continue the sentencing hearing for defendant from January 7, 2026 to April 13, 2026 or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: December 22, 2025

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney


*/s/*
IAN V. YANNIELLO
Chief, National Security Division

HAOXIAOHAN CAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 18, 2025

*/s/ with email authorization*
JEFF CHEMERINSKY
ROBERT DUGDALE
Attorneys for Defendant
ERIK FLEMING