ROBERT E. DUGDALE (Cal. Bar No. 167258)
 *rdugdale@kbkfirm.com*
JEFFREY CHEMERINSKY (Cal. Bar No. 270756)
 *jchemerinsky@kbkfirm.com*
KENDALL BRILL KELLY, LLP
818 West 717th Street, Suite 990
Los Angeles, CA 90017
Telephone:  (310) 557-2700
Facsimile:  (310) 556-2706
Attorneys for Defendant
ERIK FLEMING

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ERIK FLEMING,<br><br>                    Defendant. | No. 2:24-CR-00417-SPG<br><br>STIPULATION TO CONTINUE SENTENCING FROM APRIL 29, 2026 TO MAY 13, 2026<br><br>**CURRENT SENTENCING DATE:**<br>          **04/29/26 at 10:00 a.m.**<br>**[PROPOSED] SENTENCING DATE:**<br>          **05/13/26 at 10:00 a.m.** |

Defendant ERIK FLEMING ("defendant"), by and through his counsel of record, Jeff Chemerinsky and Robert Dugdale, and Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, hereby stipulate as follows:

1.     On August 7, 2024, defendant pled guilty pursuant to a cooperation plea agreement to counts one and two of the Information,  which charges defendant with conspiracy to distribute ketamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(E)(i) (count one) and distribution of ketamine resulting in death and serious bodily injury, in

604493798

violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(E)(i) (count two).  Defendant is released on bond.

2.     During the change of plea hearing, the Court set a sentencing date of October 10, 2024.   Thereafter, in response to stipulations of the parties, the Court continued the date sentencing date to April 29, 2026.

3.     Under the terms of the cooperation plea agreement, defendant agreed to provide information to the government and testify at trial with respect to the underlying matter.  Co-conspirators Jasveen SANGHA and Salvador PLASENCIA have been charged in an 18-count indictment.  See United States v. Jasveen SANGHA et. al, Case No. CR 24-236(A)-SPG.  Co-conspirator Sangha's sentencing date is set for April 8, 2026.  See id. Dkt. 108.

4.     Counsel for defendant has been engaged in a nine-week jury trial in Chamberlain v. Fern, in the Superior Court for the State of California, Orange County. That trial concluded on March 17, 2026.  A second phase of that trial is set to begin on April 28, 2026 and conclude on May 8, 2026, which will conflict with the currently set sentencing date.  Given this, counsel for defendant requests this short continuance.

///
///
///
///
///
///
///
///
///
///

604493798

2

2:24-CR-00417-SPG

STIPULATION TO CONTINUE SENTENCING FROM APRIL 29, 2026 TO MAY 13, 2026

5.     As a result, the parties respectfully request that the Court continue the sentencing hearing for defendant from April 29, 2026 to May 13, 2026 or any date thereafter that is convenient for the Court.

IT IS SO STIPULATED.

Dated: April 7, 2026                    */s/ Jeff Chemerinsky*

JEFF CHEMERINSKY
ROBERT DUGDALE

*Attorneys for Defendant*
*ERIK FLEMING*


Dated: April 7, 2026                    Respectfully submitted,

*/s/ with authorization*

IAN V. YANNIELLO
Chief, National Security Division

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

HAOXIAOHAN CAI
Assistant United States Attorney

*Attorneys for Plaintiff*
*UNITED STATES OF AMERICA*


Pursuant to L.R.5-4.3.4(a)(2)(i), I attest that that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:     */s/ Jeff Chemerinsky*
Jeff Chemerinsky

604493798                                    3                          2:24-CR-00417-SPG
STIPULATION TO CONTINUE SENTENCING FROM APRIL 29, 2026 TO MAY 13, 2026