# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>                        v.<br><br>ERIK FLEMING,<br><br>                   Defendant. | No. 2:24-CR-00417-SPG<br><br>ORDER GRANTING STIPULATION TO<br>CONTINUE SENTENCING FROM<br>APRIL 29, 2026 TO MAY 13, 2026<br><br>**SENTENCING DATE:**<br>                        **05/13/26 at 10:00 a.m.** |

The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant Erik FLEMING ("defendant"). The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing. The sentencing for defendant is hereby continued from April 29, 2026 to May 13, 2026 at 9:30 a.m.

IT IS SO ORDERED.

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE

April 13, 2026
DATED

604493801

Case No.

ORDER GRANTING STIPULATION TO CONTINUE SENTENCING
FROM APRIL 29, 2026 TO MAY 13, 2026