**Defendant Erik Fleming Sentencing Memorandum Index of Exhibits**

| Letter Description | Exhibit No. |
|---|---|
| Letter from Erik Fleming | Exhibit A |
| Letters from Family Members | |
| Letter from Donald Fleming (father) | Exhibit B |
| Letter from Adriane Fleming (sister) | Exhibit C |
| Letter from Leslie Miller (uncle) | Exhibit D |
| Letter from Mike Auer (stepfather) | Exhibit E |
| Letter from Matt Harrington (half-brother) | Exhibit F |
| Letters from Therapists, Rehabilitation Professionals, and Spiritual Leader | |
| Letter from Joseph Bankman (therapist) | Exhibit G |
| Letter from Theodore Faye (sponsor) | Exhibit H |
| Letter from Denuene Munns-Stubblefield | Exhibit I |
| Letter from Darryl Stubblefield | Exhibit J |
| Letter from Stacey Nijst | Exhibit K |
| Letter from Rabbi Barney Kasdan | Exhibit L |
| Letters from Employers and Professional Relationships | |
| Letter from R. Douglas Spiro (Quest Sober Living) | Exhibit M |
| Letter from Nicholas Hollander | Exhibit N |
| Letter from Mike Goedecke | Exhibit O |
| Letter from Brad Pomerance (Jewish Life Television) | Exhibit P |
| Letters from Friends | |
| Letter from Paula Klein | Exhibit Q |
| Letter from Mary Gallagher | Exhibit R |
| Letter from Kerri Dunigan | Exhibit S |
| Letter from Jack Schnel | Exhibit T |
| Letter from Carl Gunnar Wetterberg | Exhibit U |
| Letter from Dave Pomier | Exhibit V |
| Letter from Brandt Blanken | Exhibit W |
| Letter from Dave Krintzman | Exhibit X |
| Letter from Ange Billman-Maihorn | Exhibit Y |
| Letter from Lisa Cates | Exhibit Z |
| Letter from Ronny Schnel | Exhibit AA |
| Letter from Judy Lipkin Snyder | Exhibit BB |
| Other | |
| Letter from Mr. Fleming's AA attendance logs | Exhibit CC |
| Text Message with Individual 1 | Exhibit DD |
| Notes from the Field: Ketamine Detection and Involvement in Drug Overdose Deaths – United States, July 2019-June 2023 | Exhibit EE |