April 27, 2026


Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
First Street Courthouse
350 West 1st Street, Courtroom 5C
Los Angeles, CA 90012

Dear Judge Garnett:

I felt overwhelmed with grief and shame when I found out Matthew Perry died. I knew what I had done and understood how much pain his death would cause to the people who loved him. To Matt's family, I am very sorry for my inexcusable behavior in this case. I take full responsibility for my criminal acts. I hope my sentence provides some measure of justice and peace for everyone who loved Matt.

As a certified drug counselor and addict, I knew it was illegal and wrong to distribute black market drugs. I had met Matt a few times and knew about his struggles with substance abuse. I should never have agreed to acquire ketamine for Matt. Your Honor, I will accept my punishment with humility and spend the rest of my life working to become worthy of forgiveness.

I am just beginning a long process of reckoning and atonement for my poor choices in this case. I procured ketamine for Matthew Perry because I wanted the money and because I thought I was doing a favor for a friend, I never contemplated the worst possible outcome. This grievous failure will haunt me forever.

I am focused on learning from this experience while making amends to everyone I hurt. I have spent many hours reflecting on how I got here and what went wrong. I prepared this letter to show how this case fits into my whole life story.

I hope this Court will not interpret anything they read here as an effort to minimize my responsibility for my criminal conduct. To the contrary, I recognize my role in a profound tragedy.  It is something I must live with every day.  Going forward, I want to be the best person possible, to help others whenever I can, and to show over time that this horrible mistake does not define who I am as a human being.  Please consider this letter as my way to communicate who I truly am and how I think about my future. Your Honor, I hope this letter is useful as you decide my sentence.

**Background**

I was born on November 9, 1969, in San Diego as my parents' only child together. My father served as a dentist in the United States Navy during the Vietnam War. After his service, he opened a successful private dental practice in San Diego. My mother started her career as a

psychiatric nurse then founded a medical billing company. Thanks to my parents' hard work, I lived in safe neighborhoods and all my material needs were met.

My parents split up when I was about four years old. Their contentious divorce proceedings lasted eight years, so a hostile atmosphere was all I knew. Sadly, my parents never got over their mutual hatred. To protect myself, I developed a guarded, defiant attitude at home and at my Hebrew day school. I frequently caused trouble, even as I excelled in the gifted program.

Both my parents remarried. I adored my stepmother, Helen, whose entire family welcomed me with open arms. My father and Helen had two daughters together, my sisters Adriane and Melissa. My mother married a psychiatrist and they had a son, my brother Matt. Sadly, my stepfather's alcoholism caused pain and stress for everyone. I saw him explode with rage and physically abuse my mother several times.

Outside of school, I worked at my father's dental office plus other jobs as a hardware store cashier and SeaWorld tour guide. My mother adored the theater, so she took me to see Broadway plays and musicals. To learn more about storytelling, I watched television shows and read novels. My favorite high school English teacher showed classic films in class. These Hollywood movies allowed me to escape from feelings of stress and depersonalization.

Helen's dear brother, David, died from suicide when I was about thirteen years old. David had been one of my favorite people, so his tragic death had a big impact on me. I remember reading his notebooks about his struggles with anger, resentments, and gambling addiction.

Despite early difficulties, I remain grateful for the love, support, and good direction I received. The adults in my life taught me to treat other people with kindness and value my education. They served as excellent examples of hard work, career achievement, and honorable citizenship. My conduct in this case is a complete departure from everything I learned as a young person. I apologize to everyone I disappointed when I broke the law.

**Higher Education and Early Career**

At Point Loma High School, I performed in theater productions, designed lighting, and choreographed background actors. I knew I wanted to attend the USC School of Cinematic Arts. So, as a high school senior, I spent time in the film school quad asking people for advice. I was overjoyed when the USC film program accepted me in 1987.

I completed my undergraduate general studies requirements while producing and directing short films on my own. I worked in the film school equipment room in addition to jobs at The Gap and Heidi's Frozen Yogurt. I occasionally experimented with drugs and alcohol with my college friends. Back then, drug use seemed like a customary component of film school life. In 1991, I graduated with a Bachelor of Arts in Cinematic Arts, Film and Television Production. I briefly worked at a public relations firm before ABC hired me to assist the vice president in charge of unscripted programming. I learned from experienced professionals working on award shows like the Oscars and reality shows like Cops.

Meanwhile, a computer graphics designer and I created a ground-breaking superhero short film. We worked for eighteen months to produce a five-minute film about The Silver Surfer, a Marvel comic character. Our film, which combined computer-generated images and live action footage, premiered at the 1993 First Look USC Film Festival. Industry leaders recognized our accomplishment and the William Morris Agency signed me as a director.

My ABC job led to producing and directing opportunities on television shows like America's Funniest Home Videos and The Surreal Life. I also directed movies like My Brother the Pig (starring Scarlett Johansson and Eva Mendes) and Cyber Bandits (featuring Grace Jones and Adam Ant). I loved working year-round on multiple projects at a time. I enjoyed a good reputation and a steady stream of new offers.

In 1993, I attended the Aspen Comedy Festival to scout talent for ABC. I met a woman on that trip who became a leading player in my life story. Beth (a pseudonym) had been blessed with tremendous wealth and beauty. We gradually developed a co-dependent friendship after she moved to Los Angeles. I tagged along with Beth to Hollywood parties where Hollywood stars fawned over her.

Through Beth, I became part of the Hollywood ecosystem of powerful addicts and their enablers. While it took years for my drug use to become active addiction, I was playing with fire from Day One. I could see the devastating harm all around me, especially to people with endless money. My life would have been immeasurably better had I never entered that world of show business drug users.

Your Honor, many people use drugs and socialize with drug addicts. They do not all break the law by distributing drugs like I did. There is no justification for my criminal acts in this case. Had I followed the law, I would not be facing a prison sentence today.

**Career and Health Changes**

My television career flourished for many years. I achieved success as an executive producer, showrunner, and director for shows like Switched, Texas Cheer Moms, and The Psychic Next Door. I produced the pilot episode of multiple shows including Salon Confidential, The John Walsh Show, and Beverly Hills Buddha. I had a wide business network and felt optimistic about my future prospects.

In 2004, Beth and I moved in together to collaborate on house-flipping projects. Unfortunately, Beth's star qualities attracted people who did not have her best interests at heart. I watched her struggle with toxic relationships and severe drug addiction. Over the course of our long friendship, I helped Beth find in-patient drug treatment at over a dozen facilities. Too often, I put her needs above my own and risked my own wellbeing to care for her.

I smoked crack cocaine for the first time in November of 2007. Almost instantaneously, my recreational drug habit turned into a serious drug addiction. I knew I was in trouble, just like so many other people I knew. A year later, Beth married a rich and famous crack cocaine

addict. I suddenly had access to an unlimited supply of my drug-of-choice. For a while, I lived with them and managed their household. It was a terribly unhealthy situation for me, but I stayed to help with Beth's newborn twins.

I admitted myself into an inpatient rehab for the first time in 2010. I started attending Twelve Step meetings and moved in with a sober companion. Following a relapse, I admitted myself into another inpatient rehab in West Hollywood. I also participated in a six-week intensive outpatient program in Cognitive Behavioral Therapy (CBT) at Sharp Mesa Vista Hospital in San Diego. CBT taught me to alter the unhealthy thought patterns that led to my self-destructive behavior.

Around this time, a Hollywood memorabilia auction house hired me to organize auctions. I needed the job and enjoyed checking the provenance of famous movie props. This task-based work helped me get back on my feet and re-establish healthy work habits.

Then, in 2013, I had a career rebirth when I became the Head of Production for Rich Hippie Entertainment. I worked on two features and two documentaries including The Seventh Fire about drug addiction on Native American reservations. Our team, along with co-producers Natalie Portman and Benjamin Millepied, had the honor of screening this film at the White House. In addition to my producing projects, I supported dance companies and organized a ballet performance for 5000 local students at the Los Angeles Music Center.

Your Honor, I loved to work hard, bring people together, and tell great stories. I had boundless energy, organizational skills, and a passion for creating meaningful work. Sadly, my drug addiction often sidetracked me. I relapsed several times and went to rehab four times. There is no mystery to my drug addiction or my reckless behavior. I received wonderful help and support over the years. I fully understood the dangers of buying and using drugs sold by illegal dealers. I have no excuse for my decision to procure ketamine for Matthew Perry.

**Recovery Work and Offense Conduct**

In 2016, Wavelengths Recovery in Huntington Beach hired me to speak about addiction to their newly-sober clients. The following year, I earned my CADAC 1, the entry level substance abuse treatment credential. I worked as a sober companion while running educational sessions in treatment facilities. In 2019, Red Door Life, a wellness center, hired me as their recovery program director. Simultaneously, I ran sessions at Wavelengths and earned my advanced CADAC 2 certification.

I felt great satisfaction using my communication gifts to help people in early sobriety. Each day, I witnessed the serious health consequences of drug abuse and the healing process of recovery. When I suffered brief relapses of my own, I had tools and supportive friends to get me back on track.

I spent many years in this community of addicts and recovery professionals. I had good times and dark times along the way. At my best, I made productive contributions to film projects

while continuing my recovery work. At my worst, I fell back into patterns of destructive isolation and drug abuse. My physical and mental health would deteriorate as I went into debt to buy crack cocaine.

I first met Matthew Perry in 2005 on a triple date with mutual friends. Our paths briefly crossed once or twice after that. I did not know Matt well, but I certainly knew about his serious battles with drug addiction.

In October of 2023, I received a text message from "Beth," who was in rehab at the time. She informed me that Matt was looking for ketamine and would pay me to deliver it. On the night that text arrived, I was in the midst of a relapse and desperate for money. I followed up on the opportunity to make some quick cash.

I had a lackadaisical and naive attitude towards the potential risks of ketamine use. I seemed to remember that Matt and my friend had gone to a doctor for trauma-related ketamine infusions. So, I tracked down a source and coordinated logistics with Matt's assistant. I did the pick-ups and deliveries as agreed and accepted payment. It felt like running errands at the time, but it quickly turned into a nightmare.

I am sick with shame about acquiring ketamine for Matt. I should never have gotten involved with helping an addict get drugs. Distributing illegally-acquired drugs is dangerous and criminal. I am still in shock that I acted so recklessly for such a small amount of money. I blame no one but myself for my actions. I will serve my sentence with a contrite heart and never make a poor choice like that again.

**Final Thoughts**

While on Supervision, I have had a number of positions.  I volunteered with Urban Sanctuary, an animal welfare organization, to deliver supplies to rescue homes during the Palisades fires. I then volunteered with Prison Professionals, a program that helps ex-convicts reenter society.  I volunteered with O-END Community Health Program distributing Narcan to treatment centers.

I began working at Ancient Resource, an antiquities auction house, while helping my brother-in-law who survived a stroke. I then worked for Quest Outpatient Program helping set up and get licensed a substance abuse outpatient facility as well as their sober living house.  I worked as a full time life coach for a woman struggling with mental health issues.  And am currently working for the Jewish Life Television Network doing outreach and networking connecting us to other spiritual Jewish and Christian websites.

In addition, I have been caring for a dear friend's father who suffered severe brain damage. I provided direct care at his Pasadena home and at a skilled nursing facility.  Unfortunately, he just passed.

In 2023, my beloved stepmother died from brain cancer. The following year, my mother passed away after a battle with severe rapid-onset dementia. Their deaths deepened my sorrow and disorientation as this federal case moved ahead. Thankfully, my pre-trial drugtesting

routine has given me the structure I needed to stay clean. With new clarity, I am
taking positive steps to reckon with the past and plan for a better future. I never have to go
back to my dark days of active addiction.

I currently attend Twelve Step meetings for two fellowships. My Alcoholics Anonymous
meetings focus on issues surrounding substance abuse. I also attend meetings of Sex and
Love Addicts Anonymous (SLAA), which I have done for several years. In SLAA, I discuss
poor habits around isolation and pornography consumption. In addition, I am seeing a mental
health specialist and taking my psychiatric medications as prescribed.

Working through the Twelve Steps with my sponsor, I have examined my life story through
a sober lens. I made an account of the harm I have done to others and have made direct
amends when possible. This step work served as the foundation of this personal narrative. I
know in order to move forward, I must be rigorously honest about where I have gone wrong.
My life-long love of ballet and movies like Flashdance inspired my current directing project.
This scripted feature portrays a dancer who endured child abuse. In recovery, I have met
countless survivors of childhood trauma. Thankfully, CBT and the Twelve Steps offer tools to
help trauma-survivors free themselves of deadly addictions. I look forward to telling more
stories, including my own, to show suffering addicts a way back to life.

I will use my talents and training to help others no matter what happens at my sentencing
hearing. I would like to become a certified CBT therapist and work with people stuck in cycles
of self-destructive behavior. I also intend to create recovery-related video content in cooperation
with rehab facilities. I look forward to continuing to participate in drug treatment and education
programs.  This will be a lifelong struggle for me, but I have hit rock bottom and never want to
be anywhere near this position again.

I made the biggest mistake of my life, and I am so deeply sorry for the hurt I have caused. I
understand that words alone are not enough, and I am committed to demonstrating through my
actions over time that I am working to repair what I can and to ensure that nothing like this
happens again.

If there is any way my experience can help others avoid similar harm or loss, I pledge that I will
dedicate myself to that. I ask for mercy, while recognizing I am not entitled to it, and I promise I
will work every day to prove myself worthy of it.

Respectfully,

Erik Fleming