The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, CA 90012


Dear Judge Garnett,

My name is Dr. Donald R. Fleming, Erik Fleming's father, and I am writing to your honor as the
only person still alive who can explain his early childhood.

He was born on November 9, 1969, under extremely stressful circumstances. My first wife,
Rhoda Kamelhar, had been hospitalized for over 30 days before Erik's birth due to pulmonary
blood clots. I was on a ship in the Pacific Ocean, coming back from a tour in Vietnam. She was
on blood thinners, and even though she was a nurse, she believed the baby was trying to kill her.
The doctors treating her were waiting until I returned home because she needed a C-section and
had to be off blood thinners for a week. This made her more afraid that she could have a fatal
stroke.

After Erik was born, Rhoda had her mother take care of him. She went into a postpartum
depression and came to the decision that she never wanted to be a mother. After completing my
United States Navy obligation, we moved to New York City, and she immediately went back to
work. After a year, in June of 1971, we moved to San Diego, CA. Rhoda went to work as head of
Psychiatric Nursing at Mercy Hospital. I took care of Erik while preparing for the California
dental licensing exams. In January of 1972, Rhoda left me, giving me custody of Erik, only
wanting weekend visitations with him. Erik was 2 years old at the time.

I remarried, and my wife Helen Fleming became his full-time mother. She loved Erik, but trouble
with Rhoda started when Erik began calling Helen "mom" and Rhoda by her first name. Rhoda
became more irrational and told Erik that while children are supposed to live with their birth
mothers, he had to live with his father. This was when Erik was 4 and had monthly visitations
with her. Erik would return home crying for days. Rhoda did not want Erik to live with her full-
time, but would reinforce that she was his "real" mother when she saw him, which caused more
confusion for Erik. He was constantly seeking love from her and feeling abandoned when it
wasn't returned.

By the time Erik was 7, I had two other children, his half-sisters, and Erik was still seeing Rhoda
monthly. While he was a gifted child, he was acting out at school and at home due to the
emotional stress.

After trying multiple things to help Erik, including a child psychiatrist, which did not help, I
thought it might help him to live with Rhoda to see if he could get the connection he needed. At

first, Rhoda did not agree, but she relented to his moving to her house. Over the years, Rhoda continued to manipulate Erik and tell him things that weren't true to pit us against each other.

When Erik turned 16, he was frustrated with Rhoda, moved out to a friend's house, and asked to come back to living with me, which he did. He started working in my dental office and set his sights on being accepted into a USC film production program. Erik was no longer acting out; he regularly volunteered to do anything that needed to be done in my office. His outgoing personality helped him connect with every one of my 7 employees, and he was able to get a coveted tour guide summer position at Sea World, where only 25 people were picked out of 3,000 applicants.

Erik worked hard to be accepted into the USC film program, and when he graduated, he got an agent by making a type of short film that everyone said could not be done because of the technical challenges. He had no money for the film, but made friends with industry professionals who could help him, and he did the impossible, creating a film that was ahead of its time. During the next 30 years, Erik held positions in the tv and film industry and accumulated many A-list actor friends. When my wife, Helen, had a stroke and was hospitalized, Erik had 20 actor friends make videos to wish her a speedy recovery.

Erik loves to connect with people of all ages and goes out of his way to make everyone feel special. He would do any favor that he could to help someone and has even found people jobs when he himself was out of work. Despite this, he had problems with drugs, depression, and was in rehab several times. This led him to realize that he wanted to help people with drug problems. He went back to school and, on completing, became a licensed drug counselor.

In 2021, Helen was diagnosed with terminal brain cancer and given 8 months to live. Erik moved from Los Angeles to San Diego to help me take care of her. During her last 4 months, she was in either a hospital or a rehabilitation facility. He went every day to see her, bringing her food and entertaining her. I cannot say what that meant to her and to me. After her death, he went into a deep depression that lasted for months.

Erik moved back to L.A. to resume working at a rehab and help his half-sister, whose husband had a severely disabling stroke. She needed to work, take care of her husband and their son while trying to renovate a house that they had purchased that needed many repairs. Erik helped her in any way that he could.

Back in the mid-2000s, Erik became a very religious person. He joined a religious group in Los Angeles and studied ancient Jewish and Christian history. He has a passion to teach others about this history.

I believe Erik is deeply saddened and remorseful over what has happened. He realizes his error in judgment and has assumed responsibility for his actions. I hope you take into consideration how he has spent his life always wanting the connection to help and please everyone. He was

always there to help a friend, even though, in this instance, his actions were misguided, he did not intend the devastating outcome. All of us have made errors in judgment. Erik realizes this and wants to go forward in his life, making up for it by helping others. He is a person who truly has a good heart.

I hope this letter gives you insight into Erik and his character.

Sincerely,

Dr. Donald R. Fleming