April 23, 2026

The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, CA 90012

Dear Judge Garnett:

I am writing this letter on behalf of my brother, Erik Fleming, who I have lived with on and off at various points of my adult life.  While I was saddened by the news of Mr. Perry's passing, I was horrified to learn that Erik was involved.  This is not the Erik that I know.  Erik has always been kind, thoughtful, and willing to help anyone from strangers on the street to close family members.  He goes out of his way to remember birthdays and anniversaries with flowers and texts to make sure the day feels special.

While Erik is technically my half-brother, I have always called him brother.  His biological mother abandoned him with our father when he was a toddler.  Our father later married my mother and years after, I was born.  Erik was always patient with me, playing with me when we were little, even though there was a 5 year age gap.  Erik's biological mom eventually came back into the picture and the custody fights started.  Erik was torn between the two houses and learned from a young age to people please to keep the peace.

Erik loved theater and film where he could escape into a world he created and he found early success in the entertainment industry.  But life changed when he developed a friendship with a woman who had mental health and substance abuse problems.  As their friendship deepened, Erik felt like he could help her, but his overriding people pleasing tendency helped create a co-dependant relationship where it seemed really hard to say no to her.  He spent about 10 trying to help her get clean, only to be crushed when she would relapse.  After years of trying to help his best friend, he gave up and in a moment of desperation turned to drugs himself in what he's described as a "can't beat them, then join them" moment.  Everyone in our family was shocked when we learned of his substance abuse problem because he had such a hard line about drugs and helping his friend.  He had said so many times that he did not want to be the one to have to ID her body at the morgue.

Addiction is such a real struggle, and it took Erik a number of years to kick his habit with multiple attempts at rehab.  He wasn't facing his depression and childhood challenges, but after getting a sponsor and hitting bottom, he got sober and went back to school to get his certification as an alcohol drug counselor.  He spent many years working as a counselor and found joy in helping others on their path to sobriety.

In 2021, our mom was diagnosed with cancer.  First it was breast cancer, then thyroid cancer, then lung cancer, and finally brain cancer.  All independent primary tumors, nothing had metastasized.  Because of the pandemic, in 2021 we were still not getting together in large groups so it was very isolating and scary to hear about her cancer challenges, but by mid 2022 when she received the terminal brain cancer diagnosis, we knew she had less than a year left.  In 2020, at the start of the pandemic, my husband had a major stroke and in 2021, started having seizures from the stroke

damage.  All I wanted was to go be with our mom in San Diego, but I had to take care of my husband and our son, with doctors and school being in LA.

Erik went to San Diego and spent the last few months of our mom's life trying to help her be more comfortable and surrounded by love.  As she continued to decline, I saw Erik become more withdrawn and I worried about his sobriety.  I begged him to come back to LA, but he said he needed to be there for her.  Our mom passed in March 2023 and months later my fears were confirmed, he had relapsed.  He told me that he didn't need rehab and had stopped using and I even went so far as to say that if I ever thought he was using again, I was going to do a random drug test and that we would be done if he ever brought drugs into our house.  He agreed without hesitation and to my knowledge, he didn't have drugs anywhere near me or my family.

I tried to help Erik the best that I could, asking for his help with tasks around the house as I had my hands full taking care of my husband. He also helped me with my husband, trying to encourage him to get out of bed and work on self-care tasks.  I didn't see him acting erratically, I didn't see a need to do a drug test.  He hid any relapses he had well.

Shortly after Mr. Perry had passed, I saw Erik in a completely broken down state, sobbing uncontrollably on the couch.  I didn't know what had brought this on, and he wasn't making sense.  I thought the grief of the year had caught up to him, but I now know it was over his involvement in what happened to Mr. Perry.  Erik was and continues to be incredibly remorseful and will carry this pain throughout the rest of his life.

Erik was asked to get involved by the one person he can't say no to.  Erik didn't seek this out.  He has never done anything like this before, he did not have other people that he served as the middleman for, he did not have the money to pay for the drugs and got the money from Mr. Perry's assistant, he didn't know how to get ketamine and needed someone else to introduce him to Ms. Sangha, and he didn't know the depths of the dangers of ketamine.

Marijuana while originally a drug that was classified as having a high potential of abuse, has changed status over the years with doctors willing to prescribe if you paid enough for a medical diagnosis, to now being fully legal in 24 states and medically legal in 40 states.  And the federal government has just reclassified marijuana from Schedule I to Schedule III, which places it in the same category as ketamine – with moderate to low potential for physical dependence.  There are over 50 ketamine clinics in Los Angeles plus others that you can video visit with a doctor and have ketamine sent to your house if you pay for a prescription.  Ketamine appears to be on the same path as marijuana.  When you look up how many people have died from ketamine, the statistic shows that in the US between July 2019 and June 2023, ketamine was detected in .4% of total overdose deaths, with ketamine-only deaths in .01% of total overdose deaths.  I can see how it's confusing to understand the effects of ketamine when it's getting easier to obtain and isn't causing substantial deaths that you would see from something like cocaine.

All of this does not excuse Erik's involvement.  He should have said no.  But living around a world of celebrity, where he has seen time after time how rules don't apply the same way to celebrity status, where he was having impaired judgement battling his own addiction, where he was asked by someone he should have cut ties to long ago, he unfortunately said yes.

And he will have to live with that for the rest of his life.  Since then, he has put himself back on the path of sobriety, has permanently ended his relationship with his toxic friend, has a sponsor, been to hundreds of meetings, submits to random drug testing, goes to therapy to work through childhood trauma, has recommitted to religion, and continues to be as helpful as he can to as many people possible.

He needs work, structure, meetings, continued therapy, and to be able to work towards making amends by continuing to help people.  I respectfully ask that you take all of this into consideration when determining an appropriate sentence.  Erik got caught up in the worst possible situation but has already made so many life altering changes to get back to the person I know him to be; hard-working, kind, loyal, thoughtful, and willing to give you the shirt off his back.

Thank you for your time and consideration.

Respectfully submitted,

Adriane Fleming