The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California 90012


Dear Judge Garnett,

My name is Leslie Miller, and I am Erik Fleming's uncle.  I have known Erik since he was two years old – over fifty years.  Each of us, in our own way, has been an important part of the other's life for half a century.  I have watched him with love and even frustration all these years, but I believe he is a person who would consciously never hurt someone.

I am saddened by his current problems. I know his intentions in this tragic story were never malicious or evil.  And I also know that Erik has made it a point to rectify this situation by pleading guilty and working responsibly with the government in helping law enforcement prosecute its cases.

Erik is a compassionate individual as demonstrated by his heartfelt remorse for his deeds.  He has expressed his pain and sorrow to all who will listen with an open mind or a grieving heart.

When I talk about Erik's responsibility and compassion, I think back a few years to the tragic death of his step mother, my sister.  In spite of his busy work schedule, he found the time to spend hours with her during her dying days.   With sincerity, Erik was determined to express his love and thanks to my sister.  I will forever remember and honor his commitment to bring peace to my sister in her dying months.  When I saw how he came day after day to ease her pain, I understood what I always suspected: Erik is a gentle person eager to help wherever possible, regardless of who requires help.

Erik's vocation, in fact, is helping people in need.  As a counselor to individuals in need of guidance and love in order for them to function, he has made it a point to be unstinting.  It would be tragic to those people who depend on his help to lose him.

Erik is guilty of being a co-conspirator in a horrible act.  But I do know his involvement in this crime has more to do with his desire to help someone in need at a particular moment rather than preying on a helpless person.

Your honor, thank you for reading this note. I am a grieving uncle who believes Erik can and will be a benefit to society.


Sincerely,

Leslie Miller
4190 Norfolk Terrace
San Diego, CA 92116