Mike Auer
1428 Camino Lujan
San Diego, CA 92111
619 997-7305
11/18/2025

The Honorable Sherilyn Peace Barnett
United States District Judge
Central District of California
Los Angeles, California 90012

Deare Judge Garnett,

I am Erik's stepfather. I've known him for 25 years. He has been a wonderful member of our family. He has always been there to lend a hand and join in holiday events. His gifts are always thoughtful and generous. My wife Rhoda, his mother, passed away a year ago. He was very present and helpful. He was also a caregiver for his stepmother when she passed. Sadly, his willingness to lend a hand cost him dearly when his long-time friend Brooke Mueller asked him to do a favor.

I know that Erik pled guilty to charges of delivering drugs to Matthew Perry. He was filled with remorse and has done all in his power to atone including attending countless AA meetings, volunteering at rehab clinics, and being active in his faith. He also continued working in his field of cinema, working on a screen play and with an acting studio. I know he is and will continue to be a good man who gives to friends, family, and the community. I love him as a son.

Thank you for giving me an opportunity to share my insights.

Sincerely,
Mike Auer, Stepfather