November 21, 2025

The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California 90012


Dear Judge Garnett,

My name is Matt Harrington and I am writing on behalf of my half-brother, Erik Fleming. We share the same mother, and despite being born twelve years apart, we spent a lot of my childhood under the same roof while Erik navigated the complexities and challenges of his parent's divorce. I am forty-four years old and currently live in New York City, where I work as a professional actor and photographer.

I am fully aware that Erik has pled guilty to conspiracy to distribute ketamine and distribution resulting in death. I understand the seriousness of this case and the gravity of the tragic loss of Matthew Perry. Nothing in this letter is meant to minimize Erik's responsibility, and he has never asked me to defend or excuse what happened. My intent is simply to share my own experience of who he has been throughout his life, apart from this deeply regrettable lapse in judgment.

Growing up, Erik was the older sibling I looked up to. I witnessed firsthand the emotional chaos that shaped both of our childhoods, yet Erik consistently showed me patience, gentleness, and encouragement. Even as a teenager navigating difficult circumstances himself, he took the role of older brother seriously. I always felt seen by him. That's something I have carried with me my entire life.

As adults, our relationship has deepened into real friendship. Although we live on opposite coasts, Erik has always stayed involved in my life. He never fails to reach out during major moments, whether joyful, challenging, or heartbreaking. When our mother's health declined rapidly and she ultimately passed away last year, Erik was one of the people I leaned on the most. His ability to show up emotionally, to sit in difficult feelings, and to offer compassion without judgment has always been one of his greatest strengths.

I've also seen how dedicated Erik has been to helping others, especially people struggling with addiction. Long before this case, he spent years working in recovery centers, speaking to clients, and supporting people who were trying to rebuild their lives. Whenever he talked about that work, he did so with genuine pride and a sense of purpose. It was clear he believed deeply in the idea of second chances and in the dignity of people battling addiction. That has made watching him grapple with his own relapse, and the consequences that followed, all the more heartbreaking, because it runs so completely counter to the values he has lived by for most of his adult life.

I know this conduct was aberrant for Erik. In the more than forty years I've known him, this is the only time I have ever seen him act in a way that so sharply contradicts his morals, his generosity, and his devotion to helping others. The Erik I know is someone who goes out of his way to help family, who has spent countless hours caring for people in crisis, who has supported relatives through strokes and neurodegenerative disease and brain cancer, who gives his time, energy, and compassion to people who need stability.

Since this case began, Erik has been devastated by the fact that he contributed, in any way, to the chain of events that let up to Mr. Perry's death. He has repeatedly expressed deep remorse to me privately, and it is clear that he has been profoundly changed by the weight of this tragedy. He has doubled down on his commitment to his faith and is actively involved in his spiritual community. I believe deeply that Erik is committed to learning from this, rebuilding his life in a way that reflects the very best parts of him, and continuing to be of service to others.

Your Honor, I know Erik cannot undo what has happened. But I also know the man he has been across a lifetime: kindhearted, dependable, intellectually curious, and devoted to helping others heal. I believe wholeheartedly that he is capable of rebuilding his integrity and living the rest of his life with purpose, accountability, and compassion. I will continue to support him, as his brother and as someone who loves him dearly and knows his true character.

Thank you for your time and consideration.

Respectfully,

Matt Harrington