Joseph Bankman, Psy.D
California License 29542
743 Cooksey Lane
Stanford CA 94305

The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California  90012

Dear Judge Garnett,

I am a licensed clinical psychologist in the State of California.  In August, 2025, Mr. Fleming began therapy with me.  He was (and is) torn with guilt and remorse over his involvement in the death of Mr. Perry.   His first statement to me was to say that he takes full responsibility for his role in Mr. Perry's death and he has made similar statements throughout our therapy.

Our goal in therapy was to give Mr. Fleming insight into his past behavior, and to reduce to zero the odds he will ever repeat that behavior.

I believe we have done that.  As discussed below, in simplified form, Mr. Fleming's actions stem from a combination of a desire to be valued, and to support a loved one.  In themselves, these may seem like good traits, and they are.  However, when tied to a lack of boundaries, and not tempered by a realization that helping one person might destroy another, they can lead to terrible outcomes.

Mr. Fleming's childhood was marked by abandonment, neglect, emotional abuse and domestic violence.   His mother walked out of the family when Mr. Fleming was 3.  She was a troubled woman who left the family to marry her husband's friend, with whom she had been having a long affair, and then left her new husband and their young child for that child's drama teacher. Soon after abandoned the family, the mother initiated a long and exceptionally bitter custody battle.

Mr. Fleming's father, now his sole guardian, was an emotionally distant man who never bonded with his son.  "Some sons and fathers aren't meant to be close," he once told his son.

Mr. Fleming became a troubled child, getting in trouble at school and at Temple.   When Mr. Fleming was 8, his father decided he could no longer have him in the house and sent him to live with his mother and stepfather.

The stepfather was an alcoholic and abusive, and frequently beat up Mr. Fleming's mother.  One night, Mr. Fleming was awoken with his mother's cry:   "Call 911 – he's breaking my arm."  Mr. Fleming walked out of the bedroom and saw his stepfather bending his mother's arm over the staircase.

"You call 911," his stepfather told him, "I'll kill your mother and then come and kill you."

Mr. Fleming emerged from childhood with clinical depression and anxiety, and a desperate need to be efficacious, and valued.  Some of his anxiety, then and now, has a positive, touching side. He became a life-long gift giver, both of his time and his money.  Since I have been working with him, he has spent most of his time working on charitable projects or providing emotional support to relatives.  (I provide therapy on a pro bono basis, but he has sent me a number of very thoughtful gifts.)

But there was a downside to his neediness, reflected in his relationship with  Individual 1. Mr. Fleming was in his 20s when he met   Individual 1 ; she was gorgeous and brilliant and funny and came with a similar history of abandonment.  They started a relationship.  The relationship turned chaste when Mr. Fleming realized the depths of her substance use.  Mr. Fleming did not, however, abandon  Individual 1 ; the way he had been abandoned.  Instead, he became the most steadfast person in her life, as she struggled again and again with substances.   Mr. Fleming could always be counted on to provide emotional support and clean up her messes.  One example:   Individual 1   would give away expensive clothes to friends when high; Mr. Fleming would go to the friends and retrieve the clothes.  Mr. Fleming found rehab centers for her and arranged her over twenty stays in those centers.   Individual 1   ran through many relationships, invariably with other substance users.  These included Mathew Perry and Charlie Sheen, whom she married.   Mr. Fleming would support her during the relationships and be there when they ended.   "We're our only family," they would tell each other. (In a similar vein, Charlie Sheen once told Erik: "You're the [Individual 1's] husband, I'm just a beard.")

Mr. Fleming's devotion to  Individual 1  had one unambiguous benefit.  He became a father-figure to Max and Bob, her sons with Mr. Sheen.  He would take them on outings: to the firehouse when they were small, to sporting events when they got older.  He would take them Halloween shopping, or to football practice.  When they got old enough to handle the emotional strain, it was Mr. Fleming who took them to rehab to visit their mother.  Mr. Fleming considers them part of his family – they are his only children.

In Autumn 2023, Individual 1    texted and then called Mr. Fleming to ask a favor.  She was supplying ketamine to her old boyfriend, Mr. Perry.  He paid her $1,000 a visit – money which she desperately needed – and she did not want him to replace her with another source.  She was going to be in rehab for 10 days and needed Mr. Fleming to sub for her.

Mr. Fleming had never done anything like this before.  He had no knowledge of how to get ketamine and had no interest in supplying that or any illegal drug to anyone.  But, in his words, "he never said no" to Individual 1.   He knew it was illegal but believed that the ketamine would not do any harm.   Individual 1  gave him other details and offered him half her pay for the two deliveries; she did not tell him that Mr. Perry augmented the ketamine he was to supply with other amounts, or the extent of his addiction.

When Mr. Perry died, Mr. Fleming came to grips with the immorality of his actions.  He realized he needed to learn to draw boundaries.  A desire to stick with someone does not justify bad actions.  Mr. Fleming began attending meetings of Alcoholics Anonymous and a sister organization, Sex and Love Addicts Anonymous, on at least a bi-weekly basis.  He has attended over 300 meetings in all.

Our work has been to build a life where he is no longer even tempted to "go wrong," by        .        or others like her.  I practice cognitive behavioral therapy, and much of the work we have done together is behavioral.  Mr. Fleming is by nature and background a religious man.  At my suggestion, he has "leaned into" this part of his being.  He has filled his spare time and even his work-week with religious-infused activities.  Last weekend, he went on a religious retreat, he has taken a job with a religious television network; as a hobby he has learned to make replicas of religious artifacts with a 3D printer, he is reading religious texts.  These activities keep him away from Individual 1   and her crowd, and provide protection if and when he crosses into that world.  To use a legal term to describe a psychological shield: they offer specific and general deterrence.  Mr. Fleming reports great enjoyment and meaning from these activities – that self-report and the fact that he has found so many religious activities in such a short time suggests that he will stay actively religious for years to come.

We have also worked on techniques to increase real-world efficacy.  Mr. Fleming is warm, talented and smart.  However, his depression, anxiety and co-dependency with have interfered with career, health and relationships.  That in turn has made him needier and more vulnerable.  We have used CBT tools to help him do more in the world and pursue healthier relationships.

Therapy can be hard work, and Mr. Fleming has worked as hard as any client I have ever had. He comes to every session; he engages with me intensely; he thinks about our work together in

between sessions and does cognitive-behavioral homework between sessions.  Most importantly, he has incorporated our work into his real-world behavior.

Mr. Fleming has shown great growth over the past year.  He understands himself better and has taken actions to improve himself and help others.  One particularly good omen for the future is his job with Jewish Life Television. It combines his religious passion and desire to give with his people skills and entertainment background.  He could do great things for himself and others in that job.

Mr. Fleming is a hard-working, caring, religious man in his 50s.   I am as certain as one can be that he will not have any other contact with the justice system.

Sincerely,

Joseph Bankman