April 22, 2026


The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California  90012


Dear Judge Garnett:

My name is Theodore Fay.  I've been in recovery for the last seven years.  I have been actively working the steps and take sponsees through the steps as well. I lead AA meeting which brings me to how I met Erik Fleming.

I met Erik about 2 years ago in a Friday night big book study I was the secretary of. He stayed on afterward and we talked and started working together the following day. He was very honest with me about his situation from the start and showed great remorse and shame for the part he had taken in the death of Matthew Perry.

Over the last two years getting to know Erik, I have learned who he truly is at his core. A kind, giving person who lives with the shame of his past, and genuinely is working on righting his wrongs. Through this time working the steps, I have seen genuine growth from our work, as well as the work he does with his therapist.

I have never met someone who is as devoted to growing spiritually through open learning of all types of religion, and meditation as Erik Fleming. We have discussed at great length the wrongs committed in this case, and have come to an understanding through the steps, and belief in a higher power that the wrongs committed do deserve consequence.

I write this letter not to posthumously exonerate Erik, but to hopefully give a more full picture of the work he has been actively participating in to write the wrongs of not only this case but his whole life.

God bless the Family and friends of Matthew Perry and all affected in this terribly tragic incident.

Respectfully,



Theodore Faye