The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California 90012

Dear Judge Garnett:

My name is Denuene Munns-Stubblefield, and I am a certified Substance Abuse Counselor who has worked in this field for the past 15 years. I have known Erik Fleming for more than eight years through my husband, Darryl, when they worked together at Wavelengths Recovery. During that time, I saw firsthand the commitment both men shared in helping individuals struggling with addiction find their way back to balance, stability, and healthier family lives. Their work took them to various places—including Chicago and San Francisco—where they devoted their time and energy to supporting those in need. Over the years, Erik, my husband, and I also developed a genuine friendship outside of work.

One memory that stands out to me is when Erik invited us to attend a musical play, *The Life and Times of Prince*. I also recall his remarkable collection of religious artifacts and how graciously he came to our church to give a demonstration. His knowledge, passion, and generosity with his time opened many eyes to the historical and spiritual significance of those pieces. These moments have always reflected to me Erik's intelligence, good character, and integrity.

I am fully aware of the seriousness of the situation before the Court. I understand that Erik has pled guilty and accepted responsibility for his conduct. From my conversations with him, it is clear that he feels deep remorse for the consequences of his actions, including the role he played in acquiring ketamine for Matthew Perry. Erik has expressed sincere regret and acknowledges the unlawfulness of his conduct. In my professional experience, taking responsibility in this way—without excuses—is an important indicator of a person's willingness to do the internal work necessary to learn from their mistakes.

I believe Erik has taken meaningful steps toward understanding the gravity of this situation, and I am confident he is committed to ensuring nothing like this ever happens again. He wants to continue providing for his family, being a positive and contributing member of the community, and rebuilding his life in a way that reflects the best of who he truly is.

I support Erik and stand with him as a friend. I respectfully ask the Court to consider his long history of service to others, his acceptance of responsibility, and the genuine remorse he has expressed. I humbly petition the Court to show him mercy as you determine an appropriate sentence.

Thank you for your time and consideration.

Sincerely,
Denuene Munns-Stubblefield
9603 Kaiser Ct. Fontana, CA 92335
323-534-7056