## Darryl's Counseling Services Inc.

## DOT Substance Abuse Professional

Darryl Stubblefield, ICADC, SAP
9603 Kaiser Ct
Fontana CA 92335
323-522-1932
11/12/2025

The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California 90012

Dear Judge Garnett,

My name is Darryl Stubblefield, and I am a certified Substance Abuse Counselor and the owner of Darryl's Counseling Services, Inc. I have known Erik Fleming for over eight years, during which we worked together at Wavelengths Recovery, where we helped clients struggling with addiction find their way back to balance and stability in their lives. Throughout our professional relationship, I also had the privilege of becoming friends with Erik outside of work.

Erik has always been passionate about helping others. I've seen him facilitate groups where he shared his knowledge and love of film, which inspired many of our clients. Erik has a remarkable ability to connect with people, and his dedication to helping those struggling with addiction is truly commendable. He often invited my wife and me to various events, such as a play about the music of "The Life and Times of Prince," illustrating his wide-ranging interests and his warm personality.

In addition to his work with clients, Erik has embraced his faith and has a profound interest in religious artifacts. He graciously shared his collection with our church and schools, providing demonstrations that opened our eyes to the significance of these items. His willingness to give of his time and knowledge reflects the good character and integrity I have witnessed throughout our friendship.

I am aware that Erik has recently pled guilty to charges related to the tragedy involving actor Matthew Perry, where he acquired Ketamine for him. This incident has been profoundly impactful for Erik. He accepts full responsibility for his actions and has expressed deep remorse for the consequences that followed. I believe that this experience has made him more self-aware and has emphasized the importance of making better choices in the future.

While Erik has made mistakes, as we are all prone to do, I truly believe that he has learned from this unfortunate incident. He is committed to growing as a person and continuing to support his family while contributing positively to our community. His desire to make amends and to be a better person moving forward is genuine, and I stand by him as a friend and ally during this challenging time.

Thank you for considering this letter of character reference. I hope it provides you with insight into Erik's true character and the positive steps he is eager to take as he moves forward.

Sincerely,

Darryl Stubblefield CADC II, SAP
Darryl Stubblefield
Certified Substance Abuse Counselor

9603 Kaiser Ct, Fontana CA 92335 dstubbs2u@gmail.com 3235221932