Stacey Max Nijst

2179 Fallen Leaf Lane

Fallbrook, CA 92028

maxnijst@icloud.com

714-814-1655

December 4, 2025

To The Honorable Sherilyn Peace Garrett

United States District Judge

Central District of California

First Street Courthouse

350 West 1st Street, Courtroom 5C

Los Angeles, CA 90012

Re: Erik Fleming

I am writing to offer my sincere character reference for Erik Flemming, whom I have known both professionally and personally for several years. During our time together at Wavelengths Recovery, I had the privilege of serving as Erik's clinical supervisor, and through our collaborative work, we also developed a meaningful friendship.

Erik is an exceptionally dedicated substance abuse counselor whose commitment to his clients is evident in every aspect of his work. He has consistently demonstrated compassion, kindness, and a genuine passion for helping those in need. Erik is always receptive to feedback and eager to grow both personally and professionally, which made him a valued member of our team.

I was deeply shocked to learn of Erik's recent legal issues, as this behavior is completely out of character for the Erik I know. He has always conducted himself with integrity, whether working with clients or engaging with his colleagues. Erik is profoundly remorseful for the circumstances

that brought him before the court, and I believe he has learned a valuable lesson from this experience.

Throughout our years working together, I witnessed Erik's exemplary work ethic and unwavering dedication to the wellbeing of others. He is not only a trusted colleague but also a true friend. It was an honor to supervise Erik and to watch him grow into a compassionate and skilled counselor.

Your Honor I fully recognize the seriousness of Erik's actions and the gravity of the loss experienced by the family. I do not excuse those actions but write about my direct experience with Erik and our time together at Wavelengths Recovery.

In closing, I respectfully ask the court to consider Erik's positive qualities and his commitment to making amends. I am confident that he will continue to contribute positively to his community and that this experience will only strengthen his resolve to help others.

Sincerely,

Stacey Max Nijst B.A., CADC II, ICADC