November 25, 2025

The Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
Los Angeles, California  90012

Dear Judge Garnett:

Erik Fleming and I go way back. We met in the late 1990's when I was at Warner Bros. writing cartoons and developing a new concept comedy TV series: "ACME BAY," mixing live actors, wacky stories and computer animation (primarily used for special effects in action and horror movies). I was told my idea it was too complicated and expensive to pull off.

That's when my manager introduced me to Erik, a recent USC Film School Graduate. He showed me his student film, "Silver Surfer" utilizing the same combination of cinematic techniques as I had envisioned for my dream project.  Erik impressed me with his creativity, technical skill, and cinematic vision.

Erik went one step further; doing something most people in "the biz" never do: He introduced me to an A-list television producer, helping me develop the project all the way to "pitch" it to a Network - and it sold!

Over the years friendship grew – not only in showbiz. When my son was born with Apert Syndrome, a lifelong disability, Erik gave my wife and I support, care and understanding.
Erik is a true friend: caring, generous, and always willing to help without hesitation. That's the type of friend he's been throughout the years.

Kindness is a choice. Erik made that choice.

Thank you,

Nicholas Hollander