November 19, 2025

Honorable Sherilyn Peace Garnett
United States District Judge
Central District of California
First Street Courthouse
350 West 1st Street, Courtroom 5C
Los Angeles, CA 90012


Dear Judge Garnett:

My name is Mike Goedecke and I first met Erik Fleming in the fall of 1994, at a special screening USC was having to raise money from their Alumni.  After this chance meeting Erik and I became kindred spirits, We worked on many projects together over the next 14 years, Erik always extremely generous with his knowledge and connections in the industry.  Then Erik sort of vanished, I would call this his Charlie Sheen years.  He had fallen into a bad group and work dried up between us.

In 2018, I reached out to Erik again to see if he could come watch a rough version of a film I directed, which ironically was about the Opioid Crisis in Ohio.  Erik was really moved by the film and he was crying, catching me up on some of the horrible things he had gone through during those years.  He was now working at a Rehab in Huntington Beach and was excited to show my film to his patients.  We showed the film to his group and for the first time I got to see Erik as a counselor and see him in action truly helping lost souls.  He was so loved at that clinic and was such a great example to those fresh in rehab.  I could see how his generous caring nature was now being applied to those who had been in situations he could relate to and help make these addict's lives better.

Erik and I recently did a shoot together for a new project Erik is developing and it was so enjoyable seeing Erik back directing and returning to his storytelling roots.  Even though this project has no budget yet, Erik made sure everyone on the crew got paid.  Even with all the pressure hanging over his head, he didn't ask for favors, he made sure everyone was taken care of and that their time had value.

I hope this summarizes how I feel about Erik.  He is such a wonderful soul, but it's his overwhelming generosity that has led to this devastating downfall.   I know this incident will scar him for the rest of his life, regretting every day the choices he made.  I know Erik would never consciously do something to someone that would hurt them, that is nowhere to be found in his nature.  This is an inexcusable incident, but if you knew Erik as I have known him, his devastating actions were never an intention to harm, quite the contrary, a complete misguided attempt to help.  I feel horrible for everyone involved in this tragic event, but especially for my friend Erik who I know has been working so hard his entire life to be the best human he can.

Thank You
Sincerely,

Mike Goedecke