*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 3/3 | FARMERS MKT SLAA | *signature* | *signature* |
| 3/6 | WARD SPEAKER MEETING AA | *signature* | ON-LINE |
| 3/9 | FARMERS MARKET IN PERSON AA | *signature* | *signature* |
| 3/12 | FARMERS MARKET SLAA | *signature* | *signature* |
| 3/24 | Hollywood YP AA | *signature* | Kicker Kappa |
| 3/25 | FARMERS MARKET AA | *signature* | *signature* |
| 3/26 | FARMERS Market AA | *signature* | *signature* |
| 3/28 | GOOD GROUP AA | *signature* | ON-LINE |
| | | | |
| | | | |

MARCH 2026

_____      _____      _____
**Supervisee's Name**                      **Signature**                              **Date**

# *United States Probation & Pretrial Services*

## United States District Court
### Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 2/3 | ROAD DOGS AA | *(signature)* | ON LINE |
| 2/6 | WDOG SPEAKER AA | *(signature)* | ON LINE |
| 4/9 | WCOMD SPEAKER AA | *(signature)* | ON LINE |
| 2/12 | FARMER'S MARKET SLAA | *(signature)* | *(signature)* |
| 2/13 | FARMERS MARKET SLAA | *(signature)* | Robert Johnston |
| 2/22 | WE ARE RESPANSIBCO AA | *(signature)* | ON LINE |
| 2/23 | WESTSIDE SPEAKER AA | *(signature)* | IN LINE |
| 2/24 | Hollywood Tony People AA | *(signature)* | ON LINE |
| 2/26 | FORMERS MARKET SLAA | *(signature)* | Sydny Sans |
| 2/28 | GOOD GROUP SATURDAY AA | *(signature)* | Zoom |

_____      *(signature)*      FEB 2026
Supervisee's Name              Signature              Date

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 1/21 | CHILL AFTER LUNCH AA | *signature* | ONLINE |
| 1/23 | FARMERS MARKET SLAA | *signature* | arah Swds |
| 1/25 | RISE +SHINE AA | *signature* | ONLINE |
| 1/27 | SLAA FARMERS MARKET | *signature* | Suh Snds |
| 1/29 | FARMERS MARKET SLAA | *signature* | Sul Snh |
| 1/31 | WARS LITERATURE AA | *signature* | ONLINE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____        _____        JAN 2026
**Supervisee's Name**              **Signature**                   **Date**

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 10/9 | SLAA FARMERS MARKET | *[signature]* | *Sandy Sams* |
| 1/10 | CHELSEA NYC AA | *[signature]* | ON LINE |
| 1/11 | GOOD TIMES Group AA | *[signature]* | ON LINE |
| 1/12 | ZOMBIES AA | *[signature]* | ON LINE |
| 1/13 | 6TH Step W SPONSOR | *[signature]* | *[signature]* |
| 1/15 | THE EARLY SHOW AA | *[signature]* | ON-LINE |
| 1/16 | FARMER MARKET SLAA | *[signature]* | *Sandy Sams* |
| 1/17 | GOOD TIMES Group AA | *[signature]* | ON-LINE |
| 1/18 | I ♡ LA SOBER AA | *[signature]* | ON-LINE |
| 1/14 | WINNERS CIRCLE AA | *[signature]* | ON-LINE |

JAN 2026

_____    _____    _____
**Supervisee's Name**              **Signature**                     **Date**

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|---------------------|-------------------------------|
| 12/13 | 5th Step w/ Sponsor | *[signature]* | *[signature]* |
| 12/14 | MOSLOE CHURCH DISCIPLE meeting | *[signature]* | *[signature]* |
| 12/17 | HOLLYWOOD Young People | *[signature]* | *[signature]* |
| 12/19 | SUN UP AA | *[signature]* | ON-LINE |
| 12/20 | GRATITUDE AA IN PERSON | *[signature]* | *[signature]* |
| 12/21 | SLAA Farmers Market | *[signature]* | *[signature]* |
| 12/23 | THE FIX AT SIX AA | *[signature]* | ONLINE |
| 12/25 | SPEAKEASY AA | *[signature]* | ONLINE |
| 12/28 | ROBERTSON ORIGINALS AA | *[signature]* | ONLINE |
| 12/30 | GRATITUDE OF AA | *[signature]* | ONLINE |
| 12/31 | SFV 8AM ONLINE | *[signature]* | ONLINE |

Supervisee's Name               Signature               Date

DEC 2025

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 11/3 | SLAA - FARMERS MARKET | *(signature)* | *(signature)* |
| 11/4 | SLAA - " " | *(signature)* | *(signature)* |
| 11/5 | LIFE AFTER 10 | *(signature)* | ON-LINE |
| 11/10 | THIS TOO SHALL PASS ONLINE | *(signature)* | ON LINE |
| 11/11 | THE SIX@SIX AA | *(signature)* | ON LINE |
| 11/15 | ZOMBIES AA | *(signature)* | ONLINE |
| 11/13 | GRATITUDE AA | *(signature)* | ONLINE |
| 11/23 | GOOD TIMES GROUP (AA) | *(signature)* | ONLINE |
| 11/24 | WRECKED TO CHECK (AA) | *(signature)* | ONLINE |
| 11/28 | GRATITUDE IN AA | *(signature)* | EMAIL |
| 11/29 | AL-ANON (AA) | *(signature)* | *(signature)* |

Supervisee's Name: *(signature)* Torres
Signature: *(signature)*
Date: 12/1/25

JNOV 2025



*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 10/1 | AA MEETING ONLINE | *[signature]* | ONLINE /EMAIL |
| 10/2 | THURSDAY TALKS MEETING | *[signature]* | ONLINE /EMAIL |
| 10/3 | RISE+SHINE 8AM AA | *[signature]* | ONLINE /EMAIL |
| 10/3 | ZOMBIES 10PM | *[signature]* | ONLINE /EMAIL |
| 10/4 | 11AM SLAA MEETING IN PERSON | *[signature]* | *[signature]* |
| 10/5 | MOSAIC ONLINE | *[signature]* | IN PERSON |
| 11/6 | ZOMBIES IN PERSON | *[signature]* | Jose Mason |
| 10/7 | ATTITUDE ADJUSTMENT AA IN PERSON | *[signature]* | ONLINE /EMAIL |
| 10/7 | SLAA FARMER'S MARKET | *[signature]* | *[signature]* |
| 10/9 | SLAA IN PERSON | *[signature]* | *[signature]* |

_____          _____          OCT 2025
**Supervisee's Name**                      **Signature**                          **Date**

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|--------------------|--------------------------------|
| 10/13 | SLAA MEETING FARMERS MARKET | *(signature)* | *(signature)* |
| 10/14 | JUST DO IT/AA | *(signature)* | ONLINE |
| 10/15 | MASTERS CHURCH MENS GROUP | *(signature)* | ON-LINE |
| 10/15 | SLAA FARMER MARKET | *(signature)* | *(signature)* |
| 10/16 | SPIRITUAL DISCUSSION AA | *(signature)* | ON-LINE |
| 10/17 | AABUNDANCE | *(signature)* | ON-LINE |
| 10/18 | SATURDAY MORNING GRATITUDE | *(signature)* | ON-LINE |
| 10/20 | COUNTY LINE LUNCH BUNCH | *(signature)* | ON-LINE |
| 10/22 | THURSDAY NIGHT RECOVERY AA | *(signature)* | ON-LINE |
| 10/25 | SFV 8AM ONLINE | *(signature)* | ONLINE |
| 10/28 | HOT MESS AA | *(signature)* | ONLINE |
| 10/30 | SLAA FARMERS MRKT | *(signature)* | *(signature)* |

_____          _____          _____
**Supervisee's Name**          **Signature**          **Date**

OCT 2025

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your
sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|--------------------|-------------------------------|
| 9/1 | VIDIOTS AA IN PERSON | *signature* | *signature* |
| 9/4 | FARMERS MARKET SLAA IN PERSON | *signature* | *signature* |
| 9/6 | GOOD TIME SATURDAY ON-LINE | *signature* | e-mail |
| 9/7 | Fourth Step Work With Sponsor | *signature* | Taco FAI |
| 9/8 | SLAA-FARMERS IN PERSON-MARKET | *signature* | *signature* |
| 9/11 | ZOMBIES ON-LINE | *signature* | see email |
| 9/12 | PRINCIPLES BEFORE PANDEMIC | *signature* | ON-LINE |
| 9/14 | MUSIC CHURCH PASADENA | *signature* | Sophia DeMarco |
| 9/17 | MOSIAC MEN'S GROUP | *signature* | see Photos |
| 9/20 | Finishe 4th step With sponsor | *signature* | Thet Fay |

ORFILOR TORRES                   9 / 2025
**Supervisee's Name**        **Signature**        **Date**

| 9/30 | FARMERS MARKET SLAA meeting | *signature* | IN PERSON |
| 10/1 | BIBLE STUY MOSIAC CHURCH | *signature* | ON-LINE |

SEPT 2025



## United States Probation & Pretrial Services

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your
sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 4/26 | SLAA FARMERS MARKET | *(signature)* | *(signature)* |
| 9/27 | YOUNG ZOMBIES ONLINE | *(signature)* | e-mail |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICER TORRES
**Supervisee's Name**

_____
**Signature**

9/2025
**Date**

SEPT 2025

Pg. 1

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|---------------------|-------------------------------|
| 8/3 | SUNDAY AM GARDNER | *[signature]* | E-MAIL |
| 8/8 | FARMERS MARKET SLAA IN PERSON | *[signature]* | *[signature]* |
| 8/9 | SLAA - LOS CABIN (IN PERSON) WSRC | *[signature]* | (see photos) |
| 8/10 | RADFORD UN-WIRED | *[signature]* | (see photos) |
| 8/10 | ZOMBIES ON LINE | *[signature]* | (see e-mail) |
| 8/11 | FARMERS MARKET IN PERSON | *[signature]* | *[signature]* |
| 8/12 | AL-ANON (IN Farmer Market PERSON) | *[signature]* | *[signature]* |
| 8/13 | Farmer Market IN PERSON SLAA | *[signature]* | *[signature]* |
| 8/16 | WESTSIDE RECOVERY ALANON - IN person | *[signature]* | *[signature]* |
| 8/19 | FARMERS MARKET IN PERSON | *[signature]* | *[signature]* |

ERIK FLEMING
**Supervisee's Name**

*[signature]*
**Signature**

AUGUST 2025
**Date**

[OFFICER TORRES]

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 8/21 | SLAA FARMERS MARKET / IN PERSON | *signature* | Jade Sun |
| 8/26 | Breakfast Tacos AA ONLINE | *signature* | email |
| 8/27 | SLAA FARMERS MARKET / IN PERSON | *signature* | Jade Sun |
| 8/30 | AA - AGNOSTICS ONLINE | *signature* | email |
| 8/31 | AA - GOOD TIMES GROUP - ONLINE | *signature* | email |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICER TORRES
**Supervisee's Name**

_____
**Signature**

AUG 2025
**Date**

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|--------------------------------|
| 7/1 | SLAA FARMER'S MARKET | | SAA Rockwell |
| 7/2 | SLAA UPSTAIRS | | Sue Magaun |
| 7/4 | FRIDAY NOON LOG CABIN | | VINCENT KAUFMAN |
| 7/5 | LOGCABIN - ALANON IN PERSON | | Town |
| 7/11 | BARE BONES | | EMAIL (see) |
| 7/12 | Hollywood Squares | | EMAIL |
| 7/15 | SLAA - CHURCH | | |
| 7/18 | SLAA - FARMERS MARK | | Susan George |
| 7/19 | ALANON WSRC | | see photos |
| 7/20 | Hollywood ... IN PERSON | | DAVID Bush |

OFFICER TORRES
**Supervisee's Name** _____ **Signature** _____ 7/1 **Date**

JULY 2025



*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

## Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your*
*sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|---------------------|-------------------------------|
| 7/21 | FARMERS MARKET IN PERSON SLAA | Erik | Jerry Samson |
| 7/22 | FARMERS MARKET SLAA IN person | | |
| 7/23 | FARMERS MARKET SLAA IN person | Erik | Jerry Sims |
| 7/27 | OPEN UP MIC RECOVER MEETING | Erik | ON-LINE (SEE e-MAIL) |
| 7/30 | FARMERS MARKET SLAA | Erik | Jerry Samson |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ERIK FLEMING
**Supervisee's Name**

Erik
**Signature**

7/25
**Date**

OFFICER TORRESS

JULY 2025



# United States Probation & Pretrial Services

### United States District Court
### Central District of California

**Brian D. Karth**
District Court Executive / Clerk of Court

**Natasha Alexander**
Chief Probation & Pretrial Services Officer



### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 6/4 | Hollywood Tour People | *[signature]* | SEE EMAIL |
| 6/5 | (SA) IRVINE HYBRID | *[signature]* | SEE PHOTOS |
| 6/7 | Bethel SA SAT NIGHT | *[signature]* | Ahnersdik AS. |
| 6/9 | SAA — MON NIGHT TOP LINES | *[signature]* | ON-LINE |
| 6/10 | SAA — HERMOSA BEACH | *[signature]* | ON-LINE |
| 6/14 | BETHEL SAT Night | *[signature]* | Ahnsidik AS. |
| 6/16 | Thank God it's Monday | *[signature]* | *[scribble]* |
| 6/15 | HUMBLES RADFORD UNWIRED | *[signature]* | ON LINE / |
| 6/19 | ZOMBIES | *[signature]* | ONLINE / |
| 6/20 | FARMERS MARKET SA. | *[signature]* | *[signature]* |

OFF. TORRES
**Supervisee's Name**

*[signature]*
**Signature**

6 / 4 / 25
**Date**

6/11 Wednesday SLAA !! *[signature]* !! *[signature]*

JUN 2025

PAGE 2

JUNE 2025

## United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your
sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|---|---|---|---|
| 6/22 | MET W SPONSOR | *(signature)* | IN PERSON |
| 6/24 | TOPIC DISCUSSION | *(signature)* | ONLINE |
| 6/26 | THIRSTY THURSDAYS | *(signature)* | SEE EMAIL |
| 6/29 | 11AM SLAA (BRADFORD) @ WTFP (IN PERSON) | *(signature)* | FNDOC Simms |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICER TORRES

**Supervisee's Name**

**Signature**

6/2025

**Date**

JUN 2025

## United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 5/1 | LETTES GO OF THE BULL | *(signature)* | ON LINE |
| 5/2 | RISE +SHINE | *(signature)* | ONLINE |
| 5/3 | THE READER | *(signature)* | ONLINE |
| 5/3 | SECULAR HEALING | *(signature)* | ON LINE |
| 5/5 | THIS TOO SHALL PASS | *(signature)* | ON-LINE |
| 5/5 | ARTISTS IN RECOVERY | *(signature)* | ONLINE |
| 5/7 | STUDIO Recovery Group | *(signature)* | ON-LINE |
| 5/7 | ACCEPTANCE IS THE ANSWER | *(signature)* | *(crossed out)* |
| 5/8 | ZOMBIES | *(signature)* | ON-LINE |
| 5/10 | Secular Healing | *(signature)* | ON LINE |

_____
OFFICER TORRES
**Supervisee's Name**

_____
*(signature)*
**Signature**

5/1/25
**Date**

MAY
MARCH 2025

# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

## Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|---------------------|-------------------------------|
| 5/11 | ZOMBIES | *(signature)* | ON-LINE |
| 5/14 | Zombies | *(signature)* | ON-LINE |
| 5/10 | Best of Old Time AA | *(signature)* | *(signature)* |
| 5/17 | FROM THE HEART | *(signature)* | *(signature)* |
| 5/19 | ZOMBIES 10 pm | *(signature)* | SEE EMAIL |
| 5/20 | BURNING DESIRE | *(signature)* | SEE EMAIL |
| 5/21 | ZOMBIES | *(signature)* | see EMAIL |
| 5/22 | THURSDAY NIGHT RECOVERY | *(signature)* | ON-LINE |
| 5/26 | THE FIX | *(signature)* | ON-LINE |
| 5/27 | Studio Group Bos. | *(signature)* | EMAIL |

| | | | |
|---|---|---|---|
| A. TORRES | | *(signature)* | 5/14/25 |
| **Supervisee's Name** | | **Signature** | **Date** |

| D 5/30 | AABUNDANCE | *(signature)* | EMAIL |

MAX
*(signature)*
2025

# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

## Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 04/02 | W.I.P (MENS STAG) | *signature* | ON-LINE |
| 04/03 | BARE BONES | *signature* | ON-LINE |
| 04/4 | Try God Speaker | *signature* | ON-LINE |
| 04/5 | JAMMIN' IN Hollywood | *signature* | ON-LINE |
| 4/6/25 | Hollywood Young People | *signature* | TIVO LAMBERT |
| 4/7 | LUST FOR LIFE HOLLYWOOD | *signature* | ON-LINE |
| 4/8/25 | W. Hollywood Speaker LIVE | *signature* | *signature* |
| 4/9 | GOOD TIMES GROUP | *signature* | ON-LINE |
| 4/10/25 | THERE IS A SOLUTION MEN'S STAG | *signature* | *signature* |
| 4/12 | BARE BONES | *signature* | ON-LINE |

OFFICER TORRES
**Supervisee's Name**

*signature*
**Signature**

5/1/25
**Date**

APRIL 2025

# *United States Probation & Pretrial Services*

### United States District Court
### Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|--------------------|-------------------------------|
| 4/13 | BARE BONES | *signature* | ON-LINE |
| 4/14 | STUPID BEGINN. | *signature* | ON-LINE |
| | | | |
| 4/15 | STUDIO GROUP BEGINNERS | *signature* | ON-LINE |
| 4/16 | LIFE LINE | *signature* | ON-LINE |
| 4/17 | OASIS ROUND ROBIN | *signature* | ON-LINE |
| 4/17 | HOME ALONE | *signature* | ON-LINE |
| 4/18 | OASIS Speaker | *signature* | ON-LINE |
| 4/19 | SATURDAY NIGHT | *signature* | *signature* |
| 4/20 | YOUNG PEEPLES Hollywood | *signature* | *signature* |

← IN PERSON

OFFICER TORRES
**Supervisee's Name**

*signature* — 4/14/25
**Signature**          **Date**

← IN PERSON

APRIL 2025

# United States Probation & Pretrial Services

### United States District Court
### Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 4/2 | H&I - SPOKE @ MEETING | | *(signature)* SPONSOR |
| 4/24 | THURSDAY NOON RECOVERY | *(signature)* | ONLINE |
| 4/5 | FRANKLIN PANDEMIC | *(signature)* | ON-LINE |
| 4/26 | FRANK RADALL MEMORIAL | *(signature)* | ON-LINE |
| 4/28 | | *(signature)* | |
| 4/29 | 12C10 | *(signature)* | ONLINE |
| 4/30 | Hollywood Jay people | *(signature)* | ONLINE |
| | | | |
| | | | |
| | | | |

OFFICER TORRES
**Supervisee's Name**

*(signature)*
**Signature**

4/21/25
**Date**

APRIL 2025

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 3/19 | 1st BY 5'OUT by 6 (IN PERSON) | *(signature)* | IN PERSON Bill Smith |
| 3/20 | SPIRITUAL GIANTS (IN PERSON) | *(signature)* | Michelle Montrose |
| 3/22 | BARE BONES | *(signature)* | ON-LINE |
| 3/23 | Hollywood Young People (IN PERSON) | *(signature)* | *(signature)* |
| 3/24 | LUST for Life | *(signature)* | *(signature)* ON-LINE |
| 3/25 | FRIDAY MORNING (IN PERSON) | *(signature)* | *(signature)* |
| 3/28 | CBT SEMINAR 8:30 – 4:30 PM | | |
| 3/29 | Hollywood Seniors | *(signature)* | ON-LINE |
| 3/30 | SUNDOWNERS (IN PERSON) | *(signature)* | Millie Smart |
| 3/31 | BARE BONES | *(signature)* | ON-LINE |

URFILER TORRES
**Supervisee's Name**

*(signature)*
**Signature**

4/1/25
**Date**

→ CBT (COGNITIVE BEHAVIORAL THERAPY)
CERTIFICATES CEU 8:30 am – 4:30 PM
MARCH 2025



*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|---------------------------|--------------------|-------------------------------|
| 3/3 | Humble Pade | *[signature]* | ON LINE |
| 3/4 | Home Alone | *[signature]* | ON LINE |
| 3/6 | Speak Easy (am) | *[signature]* | " |
| 3/6 | The Love Boat (pm) | *[signature]* | " |
| 3/9 | Good Times | *[signature]* | " |
| 3/11 | WARG speaker | *[signature]* | " |
| 3/15 | Bone Bares | *[signature]* | " |
| 3/16 | CLUB MED Person | *[signature]* | *Josh David* |
| 3/17 | Lust for Life | *[signature]* | ON LINE |
| 3/18 | BARE BONES | *[signature]* | ON LINE |

OFFICER TORRES
**Supervisee's Name**

*[signature]*
**Signature**

4/1/25
**Date**

MARCH 2025

# *United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

## Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 2/6 | Virtual Beginnings | *[signature]* | ON LINE |
| 2/7 | Young Hollywood | *[signature]* | '' |
| 2/9 | Hollywood Young People | *[signature]* | '' |
| 2/21 | Hollywood Young People | *[signature]* | '' |
| 2/22 | LIVE From RADFORD | *[signature]* | '' |
| 2/23 | The None The Merrier | *[signature]* | '' |
| 2/24 | Fruit to Nuts | *[signature]* | '' |
| 2/25 | 12 @ 10 | *[signature]* | '' |
| 2/26 | Venice Recovery | *[signature]* | '' |
| 2/27 | Love Boat Back to Sober | *[signature]* | '' |

OFF. TORRES
**Supervisee's Name**

*[signature]*
**Signature**

3/1/25
**Date**

(See attached screen caps)

FEB 2025



## United States Probation & Pretrial Services

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

### Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.**
*Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 1/3 | Hollywood Young people | *(signature)* | The fix |
| 1/4 | Bear Bones | *(signature)* | ONLINE |
| 1/5 | Home Alone | *(signature)* | online |
| 1-6 | THIS Too SMALL PASS | *(signature)* | |
| 1-10 | Hollywood Young People | *(signature)* | on line |
| 1-12 | Hollywood Young Peoples | *(signature)* | LOG CABIN |
| | | | |
| | | | |
| | | | |
| | | | |

_____        _____        _____
**Supervisee's Name**          **Signature**                  **Date**

JAN 2025

*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander
Chief Probation & Pretrial Services Officer

## Narcotics Anonymous & Alcohol Anonymous Attendance Log

Per your conditions of release, you are to: **Abstain from all illegal drugs including state authorized marijuana.** *Please attend the required NA/AA classes as directed by Pretrial Services to assist with your sobriety. Your sponsor or group leader should be signing off on your attendance.*

Please be aware that this information is subject to presentation and verification in Court.

| Date | NA/AA Meeting Name/Address | Defendant Signature | Sponsor/Group Leader Signature |
|------|----------------------------|---------------------|-------------------------------|
| 12/24 | SURVIVERS 626 N. ROBERTSON | *(signature)* | *(signature)* |
| 12/23 | 11th Step Bow Boy 8730 Wilshire Blvd | *(signature)* | FRANK JONES |
| 12/24 | PRINCIPALS before Personality | *(signature)* | *(signature)* |
| 12/25 | EVERY NIGHT AS SIX | *(signature)* | Peter Jones |
| 12/26 | EMOTIONAL SOBRIETY | *(signature)* | Kerri Lamott |
| 12/27 | SOUL PURPOSE GROUP | *(signature)* | Joshua Smith |
| 12/28 | Just Say No to CORONA ON-LINE | *(signature)* | ON LINE |
| | | | |
| | | | |

_____    _____    _____
**Supervisee's Name**                **Signature**                         **Date**


DEC 2024