# EXHIBIT A





# Cover Page

This information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of the author.

## Confidential Documents Included

1. Cover page
2. MRO Letter
3. ECCF



Attn: James Ramsey
LABB
820 Port Centre Parkways
Portsmouth, VA 23704

## Medical Review Officer Report - Confidential

| | | | |
|---|---|---|---|
| **Name:** | Erik Andrew Fleming | **Collection Site:** | Out of Network |
| **Primary Id:** | V3023966 | **Collection Add:** | |
| **Secondary Id:** | V3023966 | **Collection Phone:** | |
| **Specimen Id:** | 6643674 | **Collected Dt:** | 10/13/2025 12:08 PM |
| **Accession Id:** | 05192921 | **Lab:** | Omega Laboratories |
| **Specimen Type:** | Hair | **Lab Phone:** | 330-628-5748 |
| **Reason For Test:** | Other | **Lab Account #:** | 37888 |
| **Regulatory Mode:** | | **Lab Reported Dt:** | 10/16/2025 06:00 PM |
| | | **MRO Received Dt:** | 10/16/2025 03:00 PM CDT |
| | | **MRO CCF2 Dt:** | |
| | | **MRO Verification Dt:** | 10/16/2025 03:00 PM CDT |

**Panels:**    H5PEO - Hair 5 Drug Panel & Extended Opiates

| **Drugs Tested:** | **Value** | **Screen Cutoff** | **Confirm Cutoff** |
|---|---|---|---|
| Amphetamine | | 500.0 pg/mg | |
| Cocaine/Metabolites | | 500.0 pg/mg | |
| Extended Opiates | | 200.0 pg/mg | |
| Methamphetamines | | 500.0 pg/mg | |
| Opiates | | 200.0 pg/mg | |
| Phencyclidine | | 300.0 pg/mg | |
| THC Metabolite | | 1.00 pg/mg | |

**Overall Verified Result:**

Negative

**Medical Review Officer:**
Kirk A. Roberts, M.D.
2600 Grand Blvd. Suite 500
Kansas City, MO 64108
PH: (844) 730-7996

**Disposition Comments:**



Page 2/2

**Confidential Electronic Custody Control Form (ECCF)**

# Erik Fleming

ecimen I    66 36

### Identification

date

ternal I                                         11/0 /206    ecimen

Phone        3106662580                                        eason    **Personal**

mail

Address

### rgani ation

| | | |
|---|---|---|
| ame | air | esults |
| Address | | |
| ustomer I | | |
| Phone | | |
| ontact | | |
| e orted to | | |
| o nloaded n | 10/20/25 | m P T |

### Collector

| | |
|---|---|
| om any | Fastest a s of id City   23C |
| ame | Carlos Pac eco |
| Address | 1101    artin ut er ing r   l d   uite 101 |
| Phone | (323)    50 |
| ollected at | astest abs of id ity    A    artin uther ing r lvd  uite    os Angeles  A |
| ollected on | 10/13/25    m P T |
| eleased on | |

onor Consent

**Collector Certification**

I certify that the s ecimen given to me by the donor identified above  as collected labeled sealed and screened in accordance ith all re uired olicies and rocedures

is osition reason        ub reason

egati e

| | |
|---|---|
| ame | Cynergy |
| Address | 2600 rand l d uite 500 ansas City   6 108 |
| Phone | (8 ) 30 6 |
| ontact | lrk o erts |
| tarted on | m T |
| eleased on | m T |

notes

o      notes

ir A oberts